Matthew J. Webb, State Bar #148228
LAW OFFICES OF MATTHEW J. WEBB
409 13th Street, 17th Floor
Oakland, California 94612
Telephone: (510) 444-4224
Facsimile: (510) 444-4223

Attorney for Plaintiff
Trans-Pacific Aviation Services, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRIMARIS AIRLINES, a Nevada Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. C08-00139 JCS<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

　　　Plaintiff hereby demands a jury trial in this action.

Dated: January 16, 2008

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　LAW OFFICES OF MATTHEW J. WEBB
　　　　　　　　　　　　　　BY:　Matthew J. Webb, Esq.
　　　　　　　　　　　　　　Attorney for Plaintiff

**PLAINTIFF'S DEMAND FOR JURY TRIAL**　　　　1