```
MICHAEL L. DWORKIN (SBN 64047)
JOHN T. VAN GEFFEN (SBN 247084)
MICHAEL L. DWORKIN AND ASSOCIATES
465 California Street Suite 210
TEL:  (415)421-2500
FAX: (455)421-2560
```

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> PRIMARIS AIRLINES, INC., ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No: c 08-00139 JCS <br><br> **SUBSTITUTION OF ATTORNEY** |

**THE COURT AND ALL PARTIES ARE NOTIFIED THAT:** Plaintiff, TRANS-PACIFIC AVIATION SERVICES, INC., hereby makes the following substitution:

FORMER LEGAL REPRESENTATION:
  Matthew John Webb Esq.

  Law Offices of Matthew J. Webb
  409 13th St. 17th Floor
  Oakland, CA 94612

  Tele: 510.444.4224
  Fax: 410.444.4223
  Email: mwebblaw@cs.com

NEW LEGAL REPRESENTATION:
  MICHAEL L. DWORKIN (SBN 64047)
  law@avialex.com

  JOHN T. VAN GEFFEN (SBN 247084)
  johnvangeffen@avialex.com

```
 1        MICHAEL L. DWORKIN AND ASSOCIATES
          465 California Street Suite 210
 2        TEL:  (415)421-2500    FAX: (455)421-2560

 3   I consent to this substitution.

 4        Date:   1-23-08
                                                _____
 5                                              Mo Allam,

 6                                              General Manager,
                                                Trans-Pacific Aviation Services Inc.,

 7                                              Plaintiff.

 8   I consent to this substitution.

 9        Date:   1-24-08
                                                _____
10                                              Matthew John Webb,

11                                              Former Attorney for Plaintiff.

12   I consent to this substitution

13        Date:  1/25/08
                                                _____
14                                              Michael L. Dworkin,

15                                              New Attorney for Plaintiff.

16   I consent to this substitution

17        Date:  1/29/08
                                                _____
18                                              John T. Van Geffen,

19                                              New Attorney for Plaintiff.

20
21
22
23
24
25
26
27
28
```