# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC., <br> Plaintiff, <br> v. <br> PRIMARIS AIRLINES, INC., et al., <br> Defendant. | Case No: 008-00139:JCS <br><br> **JOINT STIPULATION** |
| PRIMARIS AIRLINES, INC., <br> Counter Claimant, <br> v. <br> TRANS-PACIFIC AVIATION SERVICES, INC., et al., <br> Counter-Defendant. | |

It is hereby stipulated by and between Plaintiff/Counter-Defendant, Trans-Pacific Aviation Services, Inc., (herein "Trans-Pacific"), and Defendants/Counter Claimant, Primaris Aviation Services, Inc., (herein "Primaris"), through their respective attorneys, that **Plaintiff's response to Defendants counter claim** dated January 15, 2008, **is hereby due March 4, 2008.** This stipulation is not intended to effect any other dates which may otherwise be set.

Dated: February 2, 2008

_____
John T. Van Geffen
On behalf of Trans-Pacific and with the permission of Primaris.

JOINT STIPULATION