

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB X 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC, a California Corporation;<br><br>         Plaintiff,<br><br>    vs.<br><br>PRIMARIS AIRLINES INC, a Nevada Corporation, and DOES 1 through 100, inclusive;<br><br>         Defendant.<br><br>PRIMARIS AIRLINES INC, a Nevada Corporation,<br>         Counter Claimant,<br><br>    vs.<br><br>TRANS-PACIFIC AVIATION SERVICES, INC, a California Corporation, DOES 1 through 10, and ROE Business Entities 1 through 10.<br>         Counter-Defendants. | Case No. 008-00139: JCS<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

DUSTIN A. JOHNSON, an active member in good standing of the bar of the United States District Court of Nevada, whose business address and telephone number is, Albright, Stoddard, Warnick & Albright, 801 S. Rancho Drive, Bldg D, Las Vegas, Nevada 89106, (702) 384-7111, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Primaris Airlines.

- 1 -

e applica

ivil

e o                                                            the application

                                                    e subject to the requ    nent

ry, 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRANS-PACIFIC AVIATION SERVICES, INC.,

        Plaintiff,

  v.

PRIMARIS AIRLINES, INC. et al,

        Defendant.
                              /

Case Number: CV08-00139 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dustin A. Johnson
Albright, Stoddard, Warnick & Albright
801 South Rancho Drive
Building D
Las Vegas, NV 89106

Dated: February 4, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk