

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC, a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARIS AIRLINES INC, a Nevada Corporation, and DOES 1 through 100, inclusive;<br><br>Defendant. | Case No. 008-00139: JCS<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| PRIMARIS AIRLINES INC, a Nevada Corporation,<br><br>Counter Claimant,<br><br>vs.<br><br>TRANS-PACIFIC AVIATION SERVICES, INC, a California Corporation, DOES 1 through 10, and ROE Business Entities 1 through 10.<br><br>Counter-Defendants. | |

DUSTIN A. JOHNSON, an active member in good standing of the bar of the United States District Court of Nevada, whose business address and telephone number is, Albright, Stoddard, Warnick & Albright, 801 S. Rancho Drive, Bldg D, Las Vegas, Nevada 89106, (702) 384-7111, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Primaris Airlines.

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.
6  Dated this 2\1\09 day of January, 2008.

Magistrate Judge Joseph C. Spero

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRIMARIS AIRLINES, INC. et al, <br><br> Defendant. _____ / | Case Number: CV08-00139 JCS <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dustin A. Johnson
Albright, Stoddard, Warnick & Albright
801 South Rancho Drive
Building D
Las Vegas, NV 89106

Dated: February 4, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk