UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRIMARIS AIRLINES, INC., et al., ) <br> ) <br> Defendant. ) <br> _____) <br> PRIMARIS AIRLINES, INC., ) <br> ) <br> Counter Claimant, ) <br> ) <br> v. ) <br> ) <br> TRANS-PACIFIC AVIATION SERVICES, INC., ) <br> et al., ) <br> ) <br> Counter-Defendant. ) <br> _____) | Case No: 008-00139:JCS <br><br><br> **JOINT STIPULATION** |

It is hereby stipulated by and between Plaintiff/Counter-Defendant, Trans-Pacific Aviation Services, Inc., (herein "Trans-Pacific"), and Defendants/Counter Claimant, Primaris Aviation Services, Inc., (herein "Primaris"), through their respective attorneys, that **Plaintiff's response to Defendants counter claim** dated January 15, 2008, **is hereby due March 4, 2008.** This stipulation is not intended to effect any other dates which may otherwise be set.

Dated: February 2, 2008

Dated: 2/4/8

*[Signature]*

John T. Van Geffen

On behalf of Trans-Pacific and with the permission of Primaris.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

JOINT STIPULATION