```
1  WULFSBERG REESE COLVIG & FIRSTMAN
   PROFESSIONAL CORPORATION
2  William L. Darby - 133325
   Kaiser Center
3  300 Lakeside Drive, 24th Floor
4  Oakland, California 94612-3524
   Telephone:  (510) 835-9100
5  Facsimile:  (510) 451-2170
6  Attorneys for Defendant and Counter Claimant
   PRIMARIS AIRLINES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC-AVIATION SERVICES, INC., a California Corporation<br><br>Plaintiff(s),<br><br>v.<br><br>PRIMARIS AIRLINES, INC., a Nevada Corporation and DOES 1 through 100, Inclusive<br><br>Defendant(s). | No. C 08-00139 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 11, 2008

Signature _____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")