**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                           415.522.2000

**February 12, 2008**

CASE NUMBER:  CV 08-00139 JCS
CASE TITLE:  TRANS-PACIFIC AVIATION SERVICES, INC.-v-PRIMARIS AIRLINES, INC.

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/12/08

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                                                  Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                                   Entered in Computer 2/12/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                          Transferor CSA