**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANS-PACIFIC AVIATION SERVICES, INC.,    No. C 08-00139 CRB

      Plaintiff,    **Clerk's Notice**

  v.

PRIMARIS AIRLINES, INC.,

      Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, April 18, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  February 19, 2008                                  FOR THE COURT,

                                                                   Richard W. Wieking, Clerk
                                                                   By:_____
                                                                      Barbara Espinoza
                                                                      Courtroom Deputy