1  MICHAEL L. DWORKIN (SBN 64047)
   JOHN T. VAN GEFFEN (SBN 247084)
2  THE LAW OFFICES OF MICHAEL L. DWORKIN
   465 California St. Suite 210
3  San Francisco, CA 94104
   TEL: (415) 421-2500
4  FAX: (415) 421-2560

5  Attorney for Plaintiff

6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRIMARIS AIRLINES, INC., et al., <br><br> Defendant. <br><br> PRIMARIS AIRLINES, INC., <br><br> Counter Claimant, <br><br> v. <br><br> TRANS-PACIFIC AVIATION SERVICES, INC., et al., <br><br> Counter-Defendant. | Case No: 008-00139:JCS <br><br> **CERTIFICATION OF INTERESTED PARTIES** <br><br> (CIVIL LOCAL RULE 3-16) <br><br><br><br> Judge: Hon. Charles R. Breyer <br> Hearing: Friday, April 18, 2008 8:30 a.m. <br> Dept: Courtroom 8, 19th Floor |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report on behalf of Plaintiff/Counter-Defendant.

Respectfully submitted,

Dated: March 11, 2008

_____
Attorney of Record for Plaintiff/Counter-Defendant

TRANS-PACIFIC NOTICE ON INTERESTED PARTIES

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT, NORTHEN DISTRICT OF CALIFORNIA**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My Business address is 465 California St., Suite 210, San Francisco CA 94104.

I hereby certify that I have this day served the following documents:

**CERTIFICATION OF INTERESTED PARTIES**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

William Lowrance Darby
Wulfsberg Reese & Sykes PC
Kaiser Center
300 Lakeside Drive
24th Floor
Oakland, CA 94612-3524

Dustin A. Johnson
Albright, Stoddard, Warnick, & Albright
801 South Rancho Drive
Building D
Las Vegas, NV 89106

via **MAIL**
I deposited the letter with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this March 11, 2008 at San Francisco, California.

Amanda Schwerin