1  DUSTIN A. JOHNSON, ESQ.
   Nevada Bar No. 009306
2  **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
   801 South Rancho Dr., Bldg. D
3  Las Vegas, NV 89106
   (702) 384-7111
4  Attorneys for Defendant Primaris Airlines, Inc.
   Admitted Pro Hac Vice

5

6  WILLIAM L. DARBY, ESQ.
   **WULFSBERG REESE COLVIG & FIRSTMAN**
   300 Lakeside Drive, 24th Floor
7  Oakland, CA 94612
   (510) 835-9100
8  Local Counsel Defendant Primaris Airlines, Inc.

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12 | TRANS-PACIFIC AVIATION SERVICES,        | CASE NO.   c 08-00139 CRB
   | INC., a California Corporation;
13 |
   |         Plaintiff,
14 |
   | vs.
15 |
   |                                          CERTIFICATE OF INTERESTED
16 | PRIMARIS AIRLINES, INC., a Nevada        PARTIES
   | Corporation, and DOES I through 100,
17 | inclusive,
   |
18 |         Defendants.
   | _____
19 | PRIMARIS AIRLINES, INC., a Nevada
   | Corporation,
20 |
   |         Counter Claimant,
21 |
   | vs.
22 |
   | TRANS-PACIFIC AVIATION SERVICES,
23 | INC., a California Corporation, DOES I
   | through 10, and ROE Business Entities 1
24 | through 10,
   |
25 |         Counter-Defendants.

26

27

28         COMES NOW, Defendant, PRIMARIS AIRLINES, INC., a Nevada Corporation, by and

1  through its' undersigned counsel of record with ALBRIGHT, STODDARD, WARNICK &
2  ALBRIGHT, and WULFSBERG, REESE, COLVIG & FIRSTMAN, hereby certifies pursuant to Civil
3  L.R. 3-16 that as of this date, other than the named parties, there is no such interest to report.
4      This representation is made to enable judges of the Court to evaluate possible recusal.
5  DATED this 28 day of March, 2008.

        ALBRIGHT, STODDARD, WARNICK
        & ALBRIGHT

        By: _____
        DUSTIN A. JOHNSON, ESQ.
        Nevada Bar No. 009306
        801 S. Rancho Dr, Bldg. D
        Las Vegas, Nevada 89106
        (702) 384-7111
        Attorneys for Defendant
        Primaris Airlines, Inc.


        **WILLIAM L. DARBY, ESQ.**
        **WULFSBERG REESE COLVIG & FIRSTMAN**
        300 Lakeside Drive, 24th Floor
        Oakland, CA 94612
        (510) 835-9100
        Attorneys for Defendant Primaris Airlines, Inc.