UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRANS-PACIFIC AVIATION SERVICES, INC.,

Plaintiff(s), Counter Defendant,

v.

PRIMARIS AIRLINES, INC.,

Defendant(s), Counter Claimant,

CASE NO. 08-00139 CRB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

(SEE ATTACHMENT "A")

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference FRIDAY, APRIL 18, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| John T. Van Geffen | TRANS-PACIFIC | 415-421-2500 | jtvg@avialex.com |
| Michael L. Dworkin | TRANS-PACIFIC | 415-421-2500 | law@avialex.com |
| Dustin A. Johnson | PRIMARIS | 702-384-7111 | djohnson@albrightstoddard.com |
| William L. Darby | PRIMARIS | 510.835.9100 | wdarby@wulfslaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/7/08

Attorney for Plaintiff

Dated: 4/7/08

Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

1  John T. Van Geffen (SBN 247084)
   Michael L. Dworkin (SBN 64047)
2  Michael L. Dworkin and Associates
   465 California St. Suite 210
3  San Francisco Ca 94104

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6
   TRANS-PACIFIC AVIATION SERVICES, INC., )    Case No: 008-00139:CRB
7                                          )
              Plaintiff,                   )
8                                          )
       v.                                  )    **TRANS-PACIFIC'S**
9                                          )
   PRIMARIS AIRLINES, INC., et al.,        )    **ATTACHMENT "A"   TO**
10                                         )
              Defendant.                   )    **NOTICE OF NEED FOR ADR**
11 _____ )
   PRIMARIS AIRLINES, INC.,                )    **PHONE CONFERENCE**
12                                         )
              Counter Claimant,            )
13                                         )
       v.                                  )
14                                         )
   TRANS-PACIFIC AVIATION SERVICES, INC.,  )
15 et al.,                                 )
                                           )
16            Counter-Defendant.           )
   _____ )
17
         Counsel for Plaintiff/Counter-Defendant, Trans-Pacific Aviation Services, Inc., (herein
18
   "TRANS-PACIFIC") reports that they have met and conferred with Defendant/Counter-Defendant
19
   PrimarisAirlines Inc., (herein "PRIMARIS") regarding ADR selection. PRIMARIS has not or will not,
20
   at this time, give their counsel authority to accept an offer for ADR.
21
         It is hereby stipulated by TRANS-PACIFIC, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, that
22
   TRANS-PACIFIC amenable to NON-BINDING ARBITRATION (ADR L.R.4).
23

24
   Dated: April 7, 2008
25                                              _____
                                                John T. Van Geffen
26
                                                Counsel for Plaintiff/Counter-Defendant
27

28
                            **TRANS-PACIFIC'S EXHIBIT "A"**