UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Trans-Pacific Aviation Services, Inc.

        Plaintiff(s),

   v.

Primaris Airlines, Inc.

        Defendant(s).
_____/

Case No. 3:08-cv-139

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/16/2008

                                                      [Party]

Dated: 4/18/08

                                                      [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."