**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 18, 2008**

**C-08-00139** CRB

**TRANS-PACIFIC AVIATION SERVICES, INC.  v.  PRIMARIS AIRLINES, INC.**

| Attorneys: | John Geffen | Dustin Johnson |
|---|---|---|
| | Michael Dworkin | William Darby |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

Parties are to go forward with limited discovery in the event the matter goes forward to trial parties will be allowed to take all discovery necessary.

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

(X) Referred to Magistrate Judge Bernard Zimmerman for: settlement

(X) CASE CONTINUED TO July 25, 2008 @ 8:30 a.m. for  Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____
Plntf to Name Experts by _____        Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                         Type of Trial:  ( )Jury    ( )Court

Notes: _____