IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRIMARIS AIRLINES, INC., <br><br> Defendant. | No. C 08-00139 CRB <br><br> **ORDER** |

The motion to withdraw as counsel is DENIED on the ground that a corporation cannot appear in propria persona. See <u>In re America West Airlines</u>, 40 F.3d 1058, 1059 (9th Cir. 1994).

**IT IS SO ORDERED.**

Dated: July 2, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\0139\Order re Motion to Withdraw.wpd