# Michael L. Dworkin and Associates
Law Offices

65 California Street
Suite 210

San Francisco
California 94104

(415) 421-2500
Fax (415) 421-2560
www.avialex.com
law@avialex.com

VIA FAX
(415-522-4694)

June 30, 2008

*RECEIVED JUL 1 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Honorable Magistrate Judge Bernard Zimmerman
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

RE: **TRANS-PACIFIC AVIATION SERVICES, INC.   v.
PRIMARIS AIRLINES, INC.**

CASE NO. 08-CV-00139

**SETTLEMENT CONFERENCE SCHEDULED FOR JULY 8, 2008**

Dear Judge Zimmerman:

This office represents Trans-Pacific Aviation Services, Inc.

On April 18, 2008 at the Initial Case Management Conference before Judge Breyer, this matter was referred to your office for settlement discussions. Immediately thereafter, you met with all counsel and set a Settlement Conference for July 8, 2008.

Since that time my office has made repeated attempts at informally negotiating settlement with the defendant.

Unfortunately, the defendant has refused to communicate with its retained counsel, ultimately causing their attorney of record, Dustin Johnson of Albright, Stoddard, Warnick & Albright, to file a Motion to Withdraw as Counsel of Record on June 26, 2008.

Defendant's local counsel, William Darby, of Wulfsberg, Reese, Colvig and Firstman, has informed me that he has not spoken with his client for some time and has not been given authority to discuss settlement.

Plaintiff has been ready to move forward for sometime now and wishes to continue with the Settlement Conference. Mr. Darby has advised that he can have someone from his office appear on July 8th. However they will not have authority to settle.

We do not want to waste your, the Court's or our time on a Settlement Conference in which one of the parties is unwilling or unable to discuss meaningful resolution of the matter.

Please advise how you wish us to proceed.

Thank you for your time. I apologize for any inconvenience this may cause.

Very truly yours,

John T. Van Geffen

Attorneys for the Plaintiff



DENIED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TEXT: "Judge Breyer having denied the motion to withdraw, the request for continuance is DENIED."    Dated: 7/2/2008

cc:    William L. Darby, Esq.
       Dustin A. Johnson, Esq.