UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> PRIMARIS AIRLINES, INC., <br><br> Defendant(s). | No. C08-0139 CRB (BZ) <br><br> **ORDER RE OVERDUE PAPERS** |

TO:  Plaintiffs and Defendants and their attorney(s) of record:

On April 22, 2008, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for July 8, 2008.  Your statement was due July 1, 2008.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the **close of business, today, July 3, 2008,** plaintiffs and defendants and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated:  July 3, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

1