**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANS-PACIFIC AVIATION SERVICES, INC.,   No. C 08-00139 CRB

    Plaintiff,   **Clerk's Notice**

  v.

PRIMARIS AIRLINES, INC.,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference for Monday, July 21, 2008 at 9:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 7, 2008                                                      FOR THE COURT,

                                                                          Richard W. Wieking, Clerk

                                                                          By: _____
                                                                              Barbara Espinoza
                                                                              Courtroom Deputy