# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Tuesday, July 8, 2008 @ 9:00 a.m.

TIME: 2 Hours

**TITLE OF CASE:**  **DOCKET NO.:**

TRANS-PACIFIC AVIATION SVCS. V. PRIMARIS AIRLINES    C08-0139 CRB (BZ)    ☒ REFERRAL

ATTORNEY(S) FOR PLAINTIFF(S):    ATTORNEY(S) FOR DEFENDANT(S):

Michael L. Dworkin, John T. Van Geffen    William L. Darby

COURT REPORTER/TAPE NO., SIDE, REEL NO.:

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
    - ☐ CONTESTED
    - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☒ COURT

CASE CONTINUED TO:    August 4, 2008 @ 3:00 p.m. for telephonic conference

**NOTES**