UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> PRIMARIS AIRLINES, INC., <br><br> Defendant(s). | No. C08-0139 CRB (BZ) <br><br> **ORDER SCHEDULING TELEPHONIC CONFERENCE** |

**IT IS HEREBY ORDERED** that telephone conference to discuss the status of the settlement negotiations is scheduled for **August 4, 2008 at 3:00 p.m.** Clients need not participate. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: July 8, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28