**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  TRANS-PACIFIC AVIATION SERVICES,        No. C 08-00139 CRB
    INC.,
12                                          **ORDER**
                   Plaintiff,
13
        v.
14
    PRIMARIS AIRLINES, INC.,
15
                   Defendant.
16  _____/
17
             The principals are ordered to attend the settlement conference presently scheduled for
18
    July 30, 2008 at 10:00a.m. at the law offices of Albright Stoddard Warnick & Albright.
19
             **IT IS SO ORDERED.**
20
21
22
                                              _____
    Dated:  July 21, 2008                     CHARLES  R. BREYER
23                                            UNITED STATES DISTRICT JUDGE
24
25
26
27
28

G:\CRBALL\2008\0139\Attendance Order.wpd