**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **July 21, 2008**

**C-08-00139** CRB

**TRANS-PACIFIC AVIATION SERVICES, INC.  v.  PRIMARIS AIRLINES, INC.**

| Attorneys: | John Van Geffen | Dustin Johnson |
| --- | --- | --- |
| | Michael Dworkin | |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                            **RULING:**

1.  Further Case Management Conference    -   Held

2.  

3.  

**ORDERED AFTER HEARING:**

 Principles are to attend the settlement conference set for 7/30/2008 at 10:00 a.m. at D. Johnson's law office located in Las Vegas, Nevada

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____
( ) Referred to Magistrate Judge for: 

(X) CASE CONTINUED TO August 11, 2008 @ 9:00 a.m.  For  Further Case Management Conference

Discovery Cut-Off _____          Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____  Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: