**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: August 4, 2008 @ 3:00 p.m.

TIME: 5 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| TRANS-PACIFIC AVIATION SVCS. V. PRIMARIS AIRLINES | C08-0139 CRB (BZ) | ☒ REFERRAL |

ATTORNEY(S) FOR PLAINTIFF(S):         ATTORNEY(S) FOR DEFENDANT(S):

John T. Van Geffen

COURT REPORTER/TAPE NO., SIDE, REEL NO.:

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
    - ☐ CONTESTED
    - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:   ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO

**NOTES**

Case settled.