MICHAEL L. DWORKIN (STATE BAR NO. 64047)
JOHN T. VAN GEFFEN (STATE BAR NO. 247084)
MICHAEL L. DWORKIN and ASSOCIATES
465 California Street, Suite 210
San Francisco, California  94104
Telephone:  (415) 421-2500
Facsimile:  (415) 421-2560

Attorneys for Plaintiff/Counter-Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC., | CASE NUMBER 08-CV-00139 CRB |
| Plaintiff(s), | |
| v. | **VOLUNTARY DISMISSAL OF CROSS COMPLAINT** |
| PRIMARIS AIRLINES, INC., et al., | |
| Defendant(s). | |
| PRIMARIS AIRLINES, INC., | Judge: The Honorable Charles R. Breyer |
| Counter Claimant, | |
| v. | |
| TRANS-PACIFIC AVIATION SERVICES, INC., et al., | |
| Counter-Defendant(s). | |

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Counter Claimant, PRIMARIS AIRLINES, INC., by and through its undersigned attorneys, hereby dismisses, with prejudice, its Counterclaim(s) against Plaintiff/Counter-Defendant TRANS-PACIFIC AVIATION SERVICES, INC.  Each party shall bear its own costs and attorneys fees.

VOLUNTARY DISMISSAL OF CROSS COMPLAINT, 08-CV-00139 CRB, Page 1

1 | Dated: 8/12/08

_____
DUSTIN A. JOHNSON
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
Attorney for Defendant/Counter-Plaintiff
PRIMARIS AIRLINES, INC.

VOLUNTARY DISMISSAL OF CROSS COMPLAINT, 08-CV-00139 CRB, Page 2