# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS-PACIFIC AVIATION SERVICES, INC., ) | CASE NUMBER 08-CV-00139 CRB |
| ) | |
| Plaintiff(s), ) | |
| ) | ~~[PROPOSED]~~ COURT ORDER |
| v. ) | |
| ) | |
| PRIMARIS AIRLINES, INC., ) | |
| ) | |
| ) | |
| Defendant(s). ) | Judge: The Honorable Charles R. Breyer |
| ) | |

JUDGMENT is hereby entered in favor of Plaintiff, TRANS-PACIFIC AVIATION

SERVICES, INC., against Defendant, PRIMARIS AIRLINES, INC., in the amount of Two

Hundred Seventy Five Thousand Dollars ($275,000.00), less any amounts previously paid. (CRB)

Date    Sept. 17, 2008

_____
The Honorable
United
Judge

IT IS SO ORDERED

Judge Charles R. Breyer

COURT ORDER
ENTRY OF JUDGEMENT FOR PLAINTIFF AGAINST DEFENDANT